ACCEPTED
03-14-00460-CV
4636271
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 12:15:06 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00460-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/25/2015 12:15:06 PM
JEFFREY D. KYLE
Clerk

## IN THE THIRD COURT OF APPEALS
## SAN ANTONIO, TEXAS

### SANDRA FORD AND THE RUBY AND ANNIE SMITH FAMILY PARTNERSHIP,
*Appellant*

### V.

### WILLIAM RUTH JUDGMENT CREDITOR
*Appellee*

On appeal from the 424th District Court, San Saba County, Texas
Cause No. 9145

## APPELLEE WILLIAM RUTH JUDGMENT CREDITOR'S

## SUPPLEMENTAL MOTION TO EXTEND

## TIME TO FILE RESPONSIVE BRIEF

Frederick F. Hoelke
Attorney at Law
State Bar No. 09775600
26545 IH-10 West
Boerne Texas 78006
fredhoelke@aol.com
(210)-444-0999 Telephone
(210)-787-3881  Facsimile

1

## APPELLEE'S SUPPLEMENTAL MOTION TO EXTEND TIME TO RESPOND TO APPELLANTS'S JOINT BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Appellee William Ruth, Judgment Creditor, hereinafter referred to as "Ruth" and files this Appellee's motion to Extend Time to Respond to Appellant's Joint Brief, and in support would respectfully show:

Appellants filed their Joint Brief on January 23, 2015.

Appellee filed a motion to extend time on the 9th day of March, 2015 which was granted. Appellee's brief is due on the 8th of April, 2015.

Appelle's responsive brief is substantially completed but cannot be completed in the time given by this court because of the issues below.

Appellee requests additional time because of a setting in Tarrant County on the 26th day of March and unexpected health issues experienced by counsel's father.

Appellee requests an additional 30 days to file the responsive brief.

Robert P. Wilson, Counsel for Appellee, has closed his practice of law and has gone to work for a firm based in San Antonio, Corpus Christi and Houston and will no longer be associated with this file. A motion to withdraw, if not already filed, will be filed forthwith.

The undersigned counsel has taken over the majority of the practice of Mr. Wilson as of February 9, 2015.

Counsel also is a joint caregiver to his ailing 93- year-old father which has required more time lately and therefore requires more time in order respond to the Joint Brief of the appellants.

Counsel has had depositions, trial settings, trials and motion practice in addition to the duties described above which were a part of Mr. Wilson's practice which have taken a great deal of time in learning the files and the specific issues related thereto.

Counsel has a trial scheduled on the 6th of April and another on the 13th day of April in Bexar County Civil Court as well as personal obligations associated with family and other community obligations through Easter which precludes him from addressing this appeal. Counsel believes that the April 6th 2015 trial will be passed; however, the 13th setting, Jackson Motors v. Pumpco, et al, is a firm setting. Counsel simply needs more time and is unable to properly address the issues which are raised by Appellant's Joint Brief.

3

Respectfully Submitted,

**LAW OFFICES OF FREDERICK F. HOELKE**

By: _____

Frederick F. Hoelke
SBN: 09775600
26545 IH-10 West,
Boerne, Texas 78006
(210)-444-0999 Telephone
(210)-787-3881 Facsimile
fredhoelke@aol.com
Attorney for Appellant Don C. Reser

## VERIFICATION

Before the undersigned authority personally appeared Frederick F. Hoelke who upon his oath declared:

I have read the foregoing and swear the operative facts therein are true. Further, affiant sayeth not.

_____
Frederick F. Hoelke

Subscribed and sworn before me this 25th day of March 2015

_____
Notary Public

LINDA J. KILLIAN
Notary Public, State of Texas
My Commission Expires
December 26, 2016

4





LINDA J. KILLIAN
Notary Public, State of Texas
My Commission Expires
December 26, 2016

## CERTIFICATE OF CONFERENCE

I certify that on March 25th, 2015, I contacted the office of Coby D. Smith and Burt L. Burnett by phone and have attempted in good faith to reach an agreement about the subject matter of this Motion. Mr. Smith has agreed to an additional 21 days and Mr. Burnett did not return the call and/or was in trial and therefore movant assumes that he opposes this motion.

Frederick F. Hoelke

## CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies that this document complies with Texas Rules of Appellate Procedure 9.4, with a font size of 14 point and footnotes in 12 point with a word count of 664

Frederick F. Hoelke

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document, Appellee William Ruth Judgment Creditor's Motion for Extension of Time to File a Brief, was served to those listed below on March 25, 2015 as follows:

**Coby D. Smith**                    **Via Electronic Mail**
Brackett & Elliss, P.C
100 Main Street
Fort Worth, TX 76102-3090
Counsel for The Ruby and Annie Smith Family Partnership

**Burt L. Burnett**                  **Via Electronic Mail**
**Majd Ghanayem**
Burnett Law Firm PLLC
P O. Box 1521
Abilene, Texas  779604

**Frederick F. Hoelke**

6